IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOSHUA HARDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 322-130 |
| | ) |
| GENESIS HEALTHCARE ALLIANCE; | ) |
| SOUTHERN CORRECTIONAL MEDICINE; | ) |
| DODGE COUNTY JAIL; and | ) |
| LT. COL. MAJOR S.B. ANDREWS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 9th day of December, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE